William Hollis Leech, Copeland, Cook, Taylor & Bush, Ridgeland, MS, for Appellee.

Before WIENER, GARZA, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Debtor–Appellant Michael E. McDuffie appeals the judgment of the district court dismissing his appeal from the bankruptcy court. We review the district court's dismissal of McDuffie's appeal in this case for abuse of discretion, that dismissal being grounded in several acts of delay and perceived lack of good faith on the part of the Debtor–Appellant.

As both parties to this appeal have suggested that oral argument is not warranted, we decide it on the basis of arguments presented in their briefs and the contents of the record on appeal. Having now carefully reviewed the law as presented by the parties and set forth in the rulings of the bankruptcy court and the district court, as applied to the facts reflected in the record on appeal, we are convinced that the district court did not abuse its discretion in dismissing McDuffie's appeal. Largely on the basis of the reasons stated by the district court, we affirm its dismissal of the subject appeal.

AFFIRMED.

UNITED STATES of America,
Plaintiff–Appellee

v.

Jesus Manuel Galindo AGUILERA,
Defendant–Appellant.

No. 07–51427
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

April 2, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

---

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jesus Manuel Galindo Aguilera raises arguments that are foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that 8 U.S.C. § 1326(b)(2) is a penalty provision and not a separate criminal offense. *United States v. Pineda–Arrellano,* 492 F.3d 624, 625 (5th Cir.2007), *cert. denied,* —— U.S. ——, 128 S.Ct. 872, 169 L.Ed.2d 737 (2008). The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.